UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHERINE M. REHM,

    Plaintiff,

vs.

                      Case No. 1:21-cv-00237-PP

YOUNG MEN'S CHRISTIAN
ASSOCIATION OF GREATER
WAUKESHA COUNTY, INC.,

    Defendant.

## DEFENDANT YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREATER WAUKESHA COUNTY, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Young Men's Christian Association of Greater Waukesha County, Inc. (the "YMCA-GWC" or "Defendant") hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56, Civil Local Rule 7, and Civil Local Rule 56(b) against Plaintiff Katherine M. Rehm ("Rehm" or "Plaintiff"), to dismiss all Plaintiff's claims with prejudice. The bases for this Motion are contained in the papers and pleadings already on file with the Court, as well as the Brief, Statement of Facts, Declarations, and Exhibits accompanying this Motion.

Dated this 18th day of February, 2022.

**MICHAEL BEST & FRIEDRICH LLP**

By:    /s/ Holly E. Courtney
    Denise Greathouse, SBN 1055644
    790 North Water Street, Suite 2500
    Milwaukee, WI 53202
    Telephone: (414) 271-6560
    E-mail: dlgreathouse@michaelbest.com

    Holly E. Courtney, SBN 1081696
    1 S. Pinckney Street, Suite 700
    Madison, WI 53703
    Telephone: (608) 257-3501
    Email: hecourtney@michaelbest.com

*Attorneys for Defendant Young Men's Christian Association of Greater Waukesha County, Inc.*