IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| KATHERINE M. REHM, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:21-cv-237-pp |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OR GREATER WAUKESHA COUNTY, INC. | ) | |
| Defendant. | ) | |

## PARTIES' JOINT STATUS REPORT

Plaintiff Katherine Rehm and Defendant Young Men's Christian Association of Greater Waukesha County, Inc. ("YMCA") (collectively identified as the "Parties), by and through their undersigned counsel, hereby submit this joint status report pursuant to the Order entered by Judge Pepper on March 26, 2025 (ECF 53) and state as follows:

1. The Parties have reached an agreement to resolve all claims.

2. Defendant's counsel is working to finalize a draft settlement agreement for Plaintiff's counsel's review. Defendant's counsel will provide the draft settlement agreement to Plaintiff's counsel by June 13, 2025.

3. The Parties jointly certify they have a good faith belief that this case is resolved and a final settlement agreement will be executed.

4. The Parties agree that Plaintiff shall file a stipulation dismissing the action with prejudice within 45 days.

1

Dated: June 13, 2025                    Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

By:    /s/Denise Greathouse
Denise Greathouse, SBN 1055644
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414) 271-6560
Email: dlgreathouse@michaelbest.com

Holly E. Courtney, SBN 1081696
1 S. Pinckney Street, Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Email: hecourtney@michaelbest.com

Attorneys for Defendant Young Men's Christian Association of Greater Waukesha County, Inc.

**LINDNER LAW, LLC**

By:    /s/Laura S. Linder
Laura A. Lindner
Attorney Bar Number: 1021506
648 N. Plankinton Ave. – Suite 280
Milwaukee, WI 53203
Telephone: (414) 409-1242
Fax: (414) 271-7760
Email: laura@lindnerlawllc.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Denise Greathouse, Esq., hereby certify that on June 13, 2025June 13, 2025, I electronically filed the foregoing PARTIES' JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system, thereby causing a copy of this document to be served on the following individuals:

>Laura A Lindner
>Lindner Law LLC
>648 N Plankinton Ave - Ste 418
>Milwaukee, WI 53203
>Email: laura@lindnerlawllc.com

**MICHAEL BEST & FRIEDRICH LLP**
Electronically Signed By:

/s/ Denise Greathouse
Denise Greathouse, SBN 1055644
790 N. Water St., Ste. 2500
Milwaukee, WI 53202-3509
Telephone: 414-271-6560
Facsimile: 414-277-0656
E-mail: dlgreathouse@michaelbest.com

Attorneys for Defendant YMCA-GWC